JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

FRANKIE K. WASHINGTON,

       Petitioner,

  v.

DISTRICT ATTORNEY,

       Respondent.

No. 2:25-cv-08359-DOC-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED:  January 22, 2026

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE